*Monday,
December* 9.

POPHAM *v.* ROBINSON.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—There was a trial and judgment for the plaintiff on *January* 3, 1860. No time appears to have been given for the preparation, &c., of a bill of exceptions; one was filed on *February* 27, 1860. It is not properly a part of the record, and consequently there is no point before us, by the exceptions thus attempted to be presented.

The judgment is affirmed, with 10 per cent. damages and costs.

*H. C. Newcomb* and *J. Tarkington*, for the appellant.